No. 678. RODOLFO A. FAJARDO *v.* PHILIPPINE ISLANDS. November 29, 1926. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Gabriel La O* for petitioner. *Mr. William C. Rigby* for respondent.

No. 680. GUY H. SHOWN, TRUSTEE IN BANKRUPTCY IN THE MATTER OF R. R. BAKER, BANKRUPT, *v.* ROBERT R. BAKER, BANKRUPT. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert Burrow* for petitioner. *Mr. H. H. Shelton* for respondent.

No. 682. GEORGE A. MOORE AND COMPANY *v.* EDGAR MATHIEU. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Samuel Knight* for petitioner. *Mr. Charles D. Hamel* for respondent.

No. 684. UNITED STATES *v.* BELRIDGE OIL COMPANY. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Mitchell* and *Assistant Attorney General Parmenter* for the United States. *Mr. Oscar Lawler* for respondent.

No. 688. JOE MILLER ET AL., INDIVIDUALLY AND AS EXECUTORS OF THE ESTATE OF L. MILLER, DECEASED, *v.* GEORGE W. BROWN AND J. O. SIMS, RECEIVERS OF MILLER-LINK LUMBER COMPANY. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. W. Kaiser* for petitioners. *Mr. H. M. Garwood* for respondents.